■ In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (DERRICK BROWN), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 1.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (SELWYN BROWN), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 2.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (FRANK D'AGOSTINO), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 3.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (FRANCISCO HENRY), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 4.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (CARLOS LINGOS), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 5.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (MICHAEL (MARRIOTT), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 6.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (LOUIS MARTINEZ), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 7.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (RICARDO MELENDEZ), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 8.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (MARTIN PINNOCK), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 9.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (SIGFREDO RIOS), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 10.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (DANIEL RODRIGUEZ), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 11.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (GAVIN SMITH), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 12.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY

(GREGORY SMITH), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 13.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (VINCENT SMITH), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 14.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (EVERRETT STEVENS), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 15.) In the Matter of INTERNATIONAL FIDELITY INSURANCE COMPANY (JERRY VEGA), Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (Proceeding No. 16.) [618 NYS2d 566] —In proceedings pursuant to CPLR 5015 and 5240, the People of the State of New York appeal (1) from 16 orders of the Supreme Court, Kings County (Aiello, J.), all dated September 5, 1992, one entered in each proceeding, which granted the motion of International Fidelity Insurance Company, as surety, to remit the forfeiture of bail of its principals and to vacate the judgments entered thereon to preclude enforcement of the judgments, and (2) from so much of 16 orders of the same court, all dated February 9, 1993, one entered in each proceeding, which, upon granting reargument, adhered to its original determinations.

Ordered that the appeals from the orders dated September 5, 1992, are dismissed, as those orders were superseded by the orders dated February 9, 1993, made upon reargument; and it is further,

Ordered that the orders dated February 9, 1993, are affirmed insofar as appealed from; and it is further,

Ordered that the respondent is awarded one bill of costs.

For the reasons stated in *Matter of International Fid. Ins. Co. (Bailey) v People* (208 AD2d 838 [decided herewith]) the orders dated February 9, 1993, are affirmed. Lawrence, J. P., Pizzuto, Friedmann and Krausman, JJ., concur.